**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

CARRIE RAE ETHERIDGE
                                    PLAINTIFF

V.                      NO: 4:17CV00006 SWW/PSH

DOES                                            DEFENDANTS

**ORDER**

Plaintiff Carrie Rae Etheridge has submitted this 42 U.S.C. §1983 case for filing in this district. However, from the facts alleged and the defendants named, it appears that venue properly lies in the Western District of Arkansas. 28 U.S.C. §1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas. 28 U.S.C. § 1406(a).[1]

IT IS THEREFORE ORDERED THAT the Clerk of the Court is directed to IMMEDIATELY TRANSFER ETHERIDGE'S ENTIRE CASE FILE to the United States District Court for the Western District of Arkansas.

DATED this 13th day of January, 2017.

                                                        /s/Susan Webber Wright
                                                        UNITED STATES DISTRICT JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." *Id*.